1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2012 DEC 13 P 3:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

James Forester (221846) AISA

CV-12-HS-4094-M

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

SGT. BRUCE T. HODGES
OFFICER DIXION - A-Shift-Rover - For SEG. UNIT
OFFICER GUTHERY - A-Shift-Rover - For SEG. UNIT (WANT GIVE ME FULL NAME)

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.   Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.   Docket Number _____

      4.   Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement **ST. CLAIR CORRECTIONAL FACILITY**

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____

      _____

      2. What was the result? _____

      _____

      _____

   D. If your answer is NO, explain why not? **DON'T HAVE A GRIEVANCE PROCEDURE AT ST. CLAIR CORRECTIONAL FACILITY**

      _____

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) **JAMES FORESTER AIS# 221846**

   _____

   Address **1000 ST. CLAIR ROAD, SPRINGVILLE AL 35146**

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant SGT. BRUCE T. HODGES
is employed as SF SGT. CORRECTINAL OFFICER ON A-SHIFT
at ST. CLAIR CORRECITONAL FACILITY

C. Additional Defendants OFFICER DIXION - A-SHIFT-ROVER
OFFICER GUTHERY - A-SHIFT- ROVER - BOTH EMPLOYED
AT ST. CLAIR CORRECTIONAL FACILITY AS CORRECTIONAL
OFFICERS FOR SEGRAGATION UNIT-(WORK UNDER
SGT. BRUCE T. HODGES.)

## IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

WHEN SGT. BRUCE T. HODGES had beat ME WITH his closed fist in THE infirmary on NOVEMBER 22, 2012 AT 10:00PM. I JAMES FORESTER (221846) had REPORTED THIS INCIDENT TO CAPTAIN GARY MALONE OVER SEGRAGATION UNIT AND TOLD HIM WHAT HAPPEN IN DETAIL AND CAPTAIN GARY MALONE TOLD ME THAT HE WOULD GET WITH BOTH WARDENS OF THE FACILITY AND CHECK INTO THIS MATTER AND FIND OUT WHATS GOING ON, NOTHING NEVER WAS DONE ABOUT THIS SITUATION, AND I JAMES FORESTER (221846) WAS FOUND GUILTY OF AN ASSUALT ON PERSON ON

SGT. BRUCE T. HODGES AND COULDN'T EVEN PROVE MY INNOCENTS IN THE CHARGE, AND WOULD NOT LET ME TALK DURING MY DISCIPLINARY HEARING, TOOK MY STATMENT - QUESTION THAT I GAVE TO THE HEARING OFFICER WHICH WAS LT. JEROME GRAY, SGT. BRUCE HODGES TELLS ME TO SUE HE DIDN'T CARE!

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

EXPUNGE DISCIPLINARY OUT OF FILE, GRANT ME TEMPORARY RESTRAING ORDER (TRO) AGAINST ALL DEFENDANTS, AWARD ME WITH ALL MONIES REQUESTED $50,000 FOR PAIN AND SUFFERING.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/4/2012
             (date)

[Signature] AIS# 221846
1000 ST CLAIR RD
SPRINGVILLE AL 35146

Signature(s)

1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2012 DEC 13 P 3: 27
U.S. DISTRICT COURT
N.D. OF ALABAMA

James Forester (AIS# 221846)      CV-12-HS-4094-M

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Sgt. Bruce T. Hodges
Officer Dixion - A-Shift - Rover for Seg. Unit
Officer Guthery - A Shift - Rover for Seg Unit (want give full names)

(Enter above full name(s) of the
defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )   No (✓)

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

      3. Docket Number _____

      4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:

      1. What steps did you take? _____
         _____

      2. What was the result? _____
         _____
         _____

   D. If your answer is NO, explain why not? _Don't HAVE A GRIEVANCE PROCEDURE HERE AT ST. CLAIR CORRECTIONAL FACILITY_

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _JAMES FORESTER AIS# 221846_

   Address _1000 ST. CLAIR ROAD, SPRINGVILLE AL 35146_

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant SGT BRUCE T. HODGES

   is employed as SGT CORRECTIONAL OFFICER ON A-SHIFT

   at ST. CLAIR CORRECTIONAL FACILITY

C. Additional Defendants OFFICER DIXION - A-SHIFT-ROVER OFFICER GUTHERY - A-SHIFT-ROVER - BOTH EMPLOYED AT ST. CLAIR CORRECTIONAL FACILITY AS CORRECTIONAL OFFICERS FOR SEGREGATION UNIT - WORK UNDER SGT BRUCE HODGES

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

WHEN Sgt. BRUCE T. HODGES HAD BEAT ME WITH HIS FIST (CLOSED) IN THE INFIRMARY ON NOVEMBER 22, 2012 AT 10:00PM. I JAMES FORESTER REPORTED THIS INCIDENT TO CAPTAIN GARY MALONE OVER SEGREGATION UNIT AND TOLD HIM WHAT HAPPEN IN DETAIL AND CAPTAIN GARY MALONE TOLD ME THAT HE WOULD GET WITH BOTH WARDENS OF THE FACILITY AND CHECK INTO THIS MATTER AND FIND OUT WHATS GOING ON. NOTHING NEVER WAS DONE ABOUT THIS SITUATION AND I JAMES FORESTER (221846) WAS FOUND GUILTY OF AN ASSAULT ON PERSON ON

-3-

SGT. BRUCE T. HODGES 2ND COULDN'T EVEN PROVE MY INNOCENTS IN THE CHARGE, 2ND WOULD NOT LET ME TALK DURING MY DISCIPLINARY JF HEARING, TOOK MY STATMENT-QUESTION THAT I GAVE TO THE HEARING OFFICER WHICH WAS LT. JEROME GRAY, SGT BRUCE HODGES TELLS ME TO SUE HE DIDN'T CARE!

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

EXPUNGE DISCIPLINARY OUT OF FILE, GRANT ME TEMPORARY RESTRAINING ORDER (TRO) AGAINST ALL DEFENDANTS, AWARD ME WITH ALL MONIES REQUESTED $50,000 FOR PAIN AND SUFFERING.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/4/2012__
(date)

_Henry A. Fount_ AIS#221846
1000 St Clair RD
Springville, AL 35146

Signature(s)

- 4 -

# STATEMENT

**Name of person making statement:** James Allen Forester
**AIS/ID#:** 221846
**Date:** 12/4/2012

I declare that the following voluntary STATEMENT is made of my own free will without promise or hope of reward, without fear or threat of physical harm, without coercion, favor or offer of favor, by any person or persons whomsoever.

On November 22, 2012 at 10:00 P.M. I James Forester 221846 was in the infirmary for treatment ordered by PRActioner Nurse Thomas for bandages to be changed from Puss running out of my groin area, Nurse Farris that was on duty on the above date and time had seen all inmates in front of me when it came my time to have my bandage changed, she Nurse Farris didnot want to change it because of the location it's in, she the nurse Farris tells Sgt. Bruce T. Hodges that she's through that we could go. I James Forester 221846 tell Sgt. Bruce T. Hodges that I have Puss running out of my groin area and it's ordered by PRActioner Nurse Thomas for this to be treated and a bandage change, Sgt. Bruce T. Hodges states that she said she was through and lets go. I James Forester 221846 said "Well I'm writing this up" Sgt. Bruce T. Hodges said write it up, then I said that thats what's wrong with these S.O.B.'s Now, they have been let go for to long and had their way with us, as I James Forester 221846 was walking to the exit door of the infirmary, Sgt. Bruce T. Hodges walks up to me, twists my shirt into a ball in his right hand and pushes me against the wall of the infirmary and tells me to stand still and shut up, I James Forester 221846 tell Sgt. Bruce T. Hodges Not to put his hands on me like this that I haven't done nothing to violate him or his officers that that statement was toward the medical staff, Sgt. Bruce T. Hodges says, YEAH I know, then Sgt. Bruce T. Hodges tells me again to stand still and shut still continueing to hold me against the wall of the infirmary, so in order for me to follow his orders, My Pants were falling down around my waist and my Left pants Leg was under my shoe and I was sliding on the infirmary floor, so I picked up my left leg to pull my pants leg out from under my shoe and thats when Sgt. Bruce T. Hodges Hollered "HE KICK ME" thats when Officer Dixion and officer Guthrey and Sgt. Bruce T. Hodges slams me to the infirmary floor while handcuffed and in leg irons and Sgt. Bruce T. Hodges puts his knee into my back and starts beating me in the face and head with his closed fist and repeats over and over, "You want more" He Continues

I have read each page of this STATEMENT, each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct and further declare that I was not told or prompted as to what to say in this STATEMENT. Page 1 of 2 pages.

This STATEMENT was completed at Dec. __M on the 11th day of 2012

**Witness (print name and sign):** Michael LeRoy Thomas
**Witness (print name and sign):** Michael LeRoy Thomas

**Signature of person making statement:** [signature]

Page 2 of 1

doing this until he sgt. BRUCE T. Hodges gets tired and decides to quit, then he Sgt. BRUCE T. Hodges picks me up off the infirmary floor and asks me "if I've had enough," then Sgt. BRUCE T. Hodges tells NURSE Farris to get a body chart on me and him and Sgt. Bruce T. Hodges calls Sgt. Cook to the infirmary by radio and has sgt. Cook to take photo pictures of my face and head along with my whole entire body, then I was treated for the bandage change and treated for the busted left eye from the beating givin by Sgt. BRUCE T. Hodges and then sent back to my cell and about 2 Hours later I was served with a disciplinary for an assualt on Person with DOC and went to disciplinary court and was found guilty of the charge, I was not alloweed to see pictures or body chart during hearing, the hearing officer Lt. Jerome GRAY was holding the proceedings of court and says that they don't have to have no such for this kind of court hearing, then I was escorted out of the shift office of the segeragation were the disciplinary hearing was held and was held outside for about 10 minutes, then called back into the shift office and was found guilty of charge by Lt. Jerome GRAY. I James Forester 281846 Reported this to Captain Gary Malone over the Segragation Unit before ever went to disciplinary court and it never was investagated with Captain GARY Malone or Warden Joseph Headly and Warden Carter Davenport and allows Sgt. BRUCE T. Hodges to work around me and I'm fear now of my life around this Sgt. BRUCE T. Hodges. I fell like my 8TH and my 4TH amendent was violated on this matter.

---

Name of Affiant (print clearly): James D. Forester

Affiant's Signature: James A. Forester

Sworn to and subscribed before me this 11th day of Dec, 2012

My commission expires: 10/29/16

NOTARY PUBLIC: Carolyn O'Brian